1 | BARRY J. PORTMAN
Federal Public Defender
2 | DANIEL P. BLANK
Assistant Federal Public Defender
3 | 450 Golden Gate Avenue
San Francisco, CA  94102
4 | Telephone:  (415) 436-7700

5 | Counsel for Defendant DAVAA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 05-0766 JCS |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE |
| SUMKHUU DAVAA, | ) | |
| | ) | |
| Defendant. | ) | |

1   With the concurrence of U.S. Probation Officer K.J. Gibson, the parties stipulate and jointly
2   request that the next appearance in the above-captioned matter, currently set for status on Friday,
3   October 19, 2007, at 10:30 a.m., be continued to Friday, October 26, 2007, at 10:30 a.m,
4   because undersigned counsel for Defendant Sumkhuu Davaa will be out of the district on October
5   19.  Time is excludable under the Federal Rules of Criminal Procedure and the Speedy Trial Act
6   for continuity of counsel.
7   IT IS SO STIPULATED.

8                                       SCOTT SCHOOLS
                                        United States Attorney
9

10  DATED:   October 9, 2007          _____/S/_____
                                        WENDY THOMAS
11                                      Assistant United States Attorney

12

13  DATED:   October 9, 2007          _____/S/_____
                                        DANIEL P. BLANK
14                                      Assistant Federal Public Defender
                                        Attorney for Sumkhuu Davaa
15

16  IT IS SO ORDERED.

17  DATED:  10/10/7
                                        _____
18                                      JCS
                                        United States       Judge
19                                          Judge Joseph C. Spero

20

21

22

23

24

25

26

STIP. & ~~PROP~~. ORDER
CONTINUING HEARING            1